IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:10CR263
                             )
     v.                      )
                             )
FREDERICK H. LEVELL, JR.,    )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial date (Filing No. 45). The Court notes defendant has no objection and will file another waiver of speedy trial. Subject thereto,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, January 3, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 26, 2011, and January 3, 2012, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court