IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR263 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK H. LEVELL, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss without prejudice the indictment (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the indictment is dismissed without prejudice as to defendant Frederick H. Levell, Jr.

DATED this 19th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court